BARTON, KLUGMAN & OETTING LLP
Terry L. Higham (SBN 150726)
Thomas E. McCurnin (SBN 103762)
Mark A. Newton APC (SBN 126119)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3485
Telephone:  213-621-4000
Facsimile:  213-625-1832
E-mail:     thigham@bkolaw.com
            tmccurnin@bkolaw.com

Attorneys for Plaintiff-in-Interpleader
CACHET FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CACHET FINANCIAL SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>C&J ASSOCIATES, INC. dba PINNACLE WORKFORCE SOLUTIONS, a Delaware corporation etc. *et al*<br><br>Defendants | Case No. 5:16-cv-06862-HRL<br><br>Assigned to Magistrate Judge Howard R. Lloyd<br><br>Courtroom 2<br><br>**DECLARATION OF RICHARD FLIER REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER AND GROUNDS FOR DISQUALIFICATION**<br><br>[28 U.S.C. section 455; FRCP 53] |

I, Richard Flier, declare under penalty of perjury:

    1.    I am a retired Superior Court judge of the county of Contra Costa, California.

    2.    I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows:

1

3.  I have been proposed as a Master in the above-captioned matter.

4.  I am competent and willing to serve in the capacity of Master.

5.  I have familiarized myself with the issues in the above-captioned case; and with the identities of the counsel for the plaintiff and the identities of the named defendants.

6.  I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. section 455 that would prevent me from serving as a Master in the above-captioned matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on November 30, 2016, at San Francisco, California.

_____
Hon. Richard Flier
Proposed Special Master